IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JORGE DEL SOL-HERNANDEZ**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **1:02-cv-8052-UWC** |
| ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

The court has carefully considered the Report and Recommendation ("R&R") of the Magistrate Judge, together with the absence of objections to them. After due consideration, the Court hereby APPROVES the said R&R and ADOPTS then as its own by reference as if fully set forth herein.

Accordingly, by separate Order, this case will be dismissed.

Done this 10th day of March, 2005.

_____
U.W. Clemon
Chief United States District Judge